■ HARTFORD ACCIDENT AND INDEMNITY Co. et al., v MICHIGAN MUTUAL INSURANCE Co. et al. — Motion, insofar as it seeks reargument denied; and insofar as it seeks leave to appeal to the Court of Appeals, the motion is granted and this court certifies the following question: "Was the order of this court, which modified the order of the Supreme Court, properly made?" Concur — Kupferman, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v PAUL CABRERA. THE PEOPLE OF THE STATE OF NEW YORK v RICKY HARRIS. — Motions granted to the extent of granting summary reversal. (See *People v Murphy,* 94 AD2d 673.) Concur — Sullivan, J. P., Ross, Bloom, Fein and Alexander, JJ.